**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rachael Thomson fka RACHAEL ANNE CLAYBURN | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-13186 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Movement Mortgage, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
02 Dec 2021, 15:22:06, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322