# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rachael Thomson fka RACHAEL ANNE CLAYBURN<br>Debtor(s) | CHAPTER 13 |
| Movement Mortgage, LLC, its successors and/or assigns<br>Movant<br>vs.<br>Rachael Thomson fka RACHAEL ANNE CLAYBURN<br>Debtor(s) | NO. 21-13186 MDC |
| Kenneth E. West<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Movement Mortgage, LLC, which was filed with the Court on or about **December 13, 2021, docket number 18**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: February 24, 2022