United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13186-djb
Rachael Thomson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 02, 2026 Form ID: 138OBJ Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachael Thomson, 1567 Parklane Rd, Swarthmore, PA 19081-2313 |
| 14665867 | + | Movement Mortgage, LLC, P.O. Box 100077, Duluth, GA 30096-9377 |
| 14653577 | + | Movement Mortgage, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14652945 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 03 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2026 02:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14652937 | + | Email/Text: bncnotifications@pheaa.org | Oct 03 2026 02:01:00 | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14660040 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2026 02:05:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14652938 | + | Email/PDF: bncnotices@becket-lee.com | Oct 03 2026 02:05:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14652939 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 03 2026 02:05:12 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14653870 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 02:05:07 | Capital One Auto Finance, a division of, C/O Arvind Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14653569 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 02:05:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14652940 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:09 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14652941 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:09 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14665988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14652942 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:09 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14691337 | | Email/Text: ECMCBKNotices@ecmc.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 03 2026 02:01:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14664621 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2026 02:05:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14653513 | ^ | MEBN | Oct 03 2026 01:56:34 | Movement Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14652943 | ^ | MEBN | Oct 03 2026 01:56:38 | Movement Mortgage/sm, Po Box 100078, Duluth, GA 30096-9377 |
| 15192948 | ^ | MEBN | Oct 03 2026 01:56:27 | Nexus Nova, LLC, C/O ServiceMac, LLC, 9726 Old Bailes Rd., Suite 200, Fort Mill, SC 29707-7882 |
| 14656747 | + | Email/Text: bncnotifications@pheaa.org | Oct 03 2026 02:01:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14666803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 02:05:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14653368 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 02:05:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653391 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 02:05:07 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14652944 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 02:05:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14659419 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 03 2026 02:05:07 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Debtor Rachael Thomson paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |

| | |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Nexus Nova LLC msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nexus Nova LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Movement Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 45 − 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Rachael Thomson
fka Rachael Anne Clayburn

Debtor(s).

Case No. 21−13186−djb

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **November 2, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 2, 2026

For The Court

Mohung Wong
Clerk of Court