**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Rachael Thomson fka RACHAEL ANNE CLAYBURN

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    21-13186 MDC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Movement Mortgage, LLC

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1461

**Date of payment change:**
Must be at least 21 days after date of this notice    01/01/2023

**New total payment:**    $1681.01
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $746.48        New escrow payment:  $787.48

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%        New interest rate:  _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

Debtor(s)   <u>Rachael            Thomson</u>           Case number (*if known*) <u> 21-13186 MDC</u>
            First Name   Middle Name   Last Name

| Part 4: | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                               Date   12/08/2022
  Signature
Print: Michael Farrington
      08 Dec 2022, 16:00:27, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>       <u>Market Street, Suite 5000</u>
          Number        Street
          Philadelphia,                    PA    19106
          City                             State ZIP Code

Contact phone  (215) 627–1322            Email  bkgroup@kmllawgroup.com

Official Form 410S1        **Notice of Mortgage Payment Change**        page 2

Document ID: d40cb15742ffff47335c432dc9047df75402d13c8982955a69890023c67efac9