# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Rachael Thomson fka RACHAEL ANNE CLAYBURN**<br>Debtor(s) | **BK NO. 21-13186 MDC**<br><br>**Chapter 13** |
| **Movement Mortgage, LLC**<br>Movant<br><br>vs.<br><br>**Rachael Thomson fka RACHAEL ANNE CLAYBURN**<br>Debtor(s)<br><br>**Kenneth E. West**,<br>Trustee | **Related to Claim No. 6** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 8, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rachael Thomson fka RACHAEL ANNE CLAYBURN
1567 Parklane Road
Swarthmore, PA 19081

Attorney for Debtor(s)
Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: December 8, 2022

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com